IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JACK TRAVIS,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-77-bbc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings.

_Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

10/23/09  
Date