IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JACK TRAVIS,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-77-bbc

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Jack Travis' application for an award of attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.


_Peter Oppeneer_             4/8/10

Peter Oppeneer, Clerk of Court        Date